United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 11-10145-amc
Julie Ann Carosella                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi          Page 1 of 1           Date Rcvd: Sep 27, 2017
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db              +Julie Ann Carosella,    17 Colonial Road,    Havertown, PA 19083-3204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
          ANDREW  SPIVACK    on behalf of Creditor   GMAC MORTGAGE, LLC paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   GMAC MORTGAGE, LLC paeb@fedphe.com
          JOSEPH PATRICK SCHALK    on behalf of Creditor   GMAC MORTGAGE, LLC paeb@fedphe.com,
          cbrelje@barley.com;jrachor@barley.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          KERI P EBECK    on behalf of Creditor   BMO Harris Bank, N.A. kebeck@weltman.com,
          jbluemle@weltman.com
          LINH KIET TRAN    on behalf of Creditor   CR Evergreen II, LLC notices@quantum3group.com
          MICHAEL A. LATZES    on behalf of Debtor Julie Ann Carosella efiling@mlatzes-law.com
          PETER J. MULCAHY    on behalf of Creditor   GMAC MORTGAGE, LLC paeb@fedphe.com
          PRINCE ALTEE THOMAS    on behalf of Creditor   Citadel Federal Credit Union
          pthomas@foxrothschild.com,   brian-oneill-fox-5537@ecf.pacerpro.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 12

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KERI P EBECK<br>436 7th Avenue Ste 2500<br>Pittsburgh, PA 15219<br>BMO Dept.<br>800-320-9889<br>State Bar #91298<br>KEBECK@WELTMAN.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant:* BMO Harris Bank, N.A., successor in interest to M&I Bank FSB / Swift Financial | |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**EASTERN DISTRICT OF PENNSYLVANIA** | |
| In re:<br><br>   JULIE ANN CAROSELLA | CASE NO.:  11-10145-AMC<br><br>CHAPTER:  13 |
| | **ORDER ON MOTION FOR PROTECTIVE ORDER PURSUANT TO 11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS** |
| | [No hearing Required] |
| Debtor(s) | |
| **Movant** *(name)*:<br>**BMO Harris Bank, N.A., successor in interest to M&I Bank FSB / Swift Financial** | |

Having considered Movant's Motion for Protective Order Pursuant to 11 U.S.C. § 107(c) and FRBP 9037 to Restrict Access to Filed Documents Containing Personal Data Identifiers (Motion), filed on  9/23/2017 (docket entry number 116 ), the court orders as follows:

☒  The Motion is granted.  The court further orders as follows:

1.  Movant is authorized and instructed to file amended versions of the documents identified in the Motion with the personal identifiers redacted.  (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

2. The clerk of the court is directed to restrict public access to the originally filed documents identified in the Motion in order to keep the personal data identifiers confidential disclosed in the original documents.  (A copy of the list of documents identified in the Motion to be redacted and public access to be restricted is attached.)

**Date: September 26, 2017**

_____

HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

ATTACHMENT TO ORDER GRANTING MOTION FOR PROTECTIVE ORDER PURSUANT TO
11 U.S.C. § 107(c) AND FRBP 9037 TO RESTRICT ACCESS TO FILED
DOCUMENTS CONTAINING PERSONAL DATA IDENTIFIERS

**LIST OF DOCUMENTS IDENTIFIED IN MOTION TO BE REDACTED
AND PUBLIC ACCESS TO BE RESTRICTED**

| Docket or Claim No. | Date filed | Name of Document |
|---|---|---|
| 9-1 | 02/15/2011 | Proof of Claim |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |